IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 26-cv-03538-MDB

KEVIN ARNOLD BALLADARES PADILLA,

Applicant,

v.

FACILITY ADMINISTRATOR, Denver Contract Detention Facility,

Respondent.

---

**ORDER TO SHOW CAUSE**

---

A petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) has been filed by the Petitioner, challenging his detention at an immigration facility in Aurora, Colorado. Upon reading the petition, good cause appears.

Accordingly, it is

**ORDERED** that Respondent show cause **within seven (7) days from the date of this Order** why the Petition (Doc. No. 1) should not be granted. It is

**FURTHER ORDERED** that **within twenty-one (21) days of Respondent's answer to this Order to Show Cause**, Petitioner may file a reply. It is

**FURTHER ORDERED** that **within seven (7) days form the date of this Order** the parties shall complete and file the *Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction* form (Doc. No. 4), indicating either the unanimous consent of the parties or that consent has been declined.

DATED August 10, 2026.

**BY THE COURT:**

s/ Maritza Dominguez Braswell
Maritza Dominguez Braswell
United States Magistrate Judge